IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES and INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH GATE AMBULATORY SURGERY CENTER, LLC, a California limited liability company; JEFFREY T. HO, M.D., an individual, STEWART GOLDSTEIN, M.D., an individual, and DOES 1 through 50, inclusive,<br><br>Defendants.<br>/ | No. C 11-01215 WHA<br><br>**NOTICE REGARDING STIPULATION** |

The proposed order attached to the parties' June 9 stipulation (Dkt. No. 28) will not be entered. The stipulation misapprehends the procedure by which cases are reassigned. Because the motion pending at the time of reassignment was terminated upon reassignment, it need not (and, indeed, cannot) be withdrawn. The parties are free to file new motions, supported by new briefs. Any new motions should be noticed on the normal 35-day track.

Dated: June 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE