1  STEPHENSON, ACQUISTO & COLMAN
2  MELANIE JOY YOUNG, ESQ. (SBN 113755)
   BARRY SULLIVAN, ESQ.     (SBN 136571)
3  RICHARD A. LOVICH, ESQ.  (SBN 113472)
4  CHRISTOPHER HAPAK, ESQ. (SBN 267212)
   303 N. Glenoaks Blvd., Suite 700
5  Burbank, CA 91502

6  Telephone:  (818) 559-4477
7  Facsimile:   (818) 559-5484

8  Attorneys for Defendant
   SOUTH GATE AMBULATORY SURGERY
9  CENTER, LLC

10
                **UNITED STATES DISTRICT COURT**
11
              **NORTHERN DISCTRICT OF CALIFORNIA**
12
                 **SAN FRANCISCO DIVISION**
13

14
   THE INTERNATIONAL LONGSHORE | Case No.:    3:11-CV-01215-WHA
15 & WAREHOUSE UNION-PACIFIC
   MARITIME ASSOCIATION          | **NOTICE OF SUBSTITUTION OF**
16 WELFARE PLAN BOARD OF         | **COUNSEL FOR DEFENDANT**
17 TRUSTEES and INTERNATIONAL    | **SOUTH GATE AMBULATORY**
   LONGSHORE & WAREHOUSE         | **SURGERY CENTER, LLC AND**
18 UNION-PACIFIC MARITIME        | **JEFFREY T. HO, M.D.**
19 ASSOCIATION WELFARE PLAN,
                                 | ~~[PROPOSED]~~ **ORDER**
20          Plaintiff,
21       vs.                     | Judge:  Hon. William H. Alsup
22
   SOUTH GATE AMBULATORY         | Dept:    Courtroom 9-19th Floor
23 SURGERY CENTER, LLC, a California
24 limited liability company; and JEFFREY
   T. HO, M.D., an individual; STEWART
25 GOLDSTEIN, M.D., an individual; and
26 DOES 1 through 50, inclusive,
27          Defendant.
28

---

9338 Substitution of Attorney          _ 1 _     Substitution of Attorney

1    TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND

2  THEIR COUNSEL OF RECORD:

3        Please take notice that Defendant SOUTH GATE AMBULATORY

4  SURGERY CENTER, LLC hereby substitutes Stephenson Acquisto & Colman in

5  place of Hooper, Lundy & Bookman P.C. as its counsel of record in this action.

6  The contract information for new counsel is as follows:

7

8        Richard Lovich, Esq.
         STEPHENSON, ACQUISTO & COLMAN
9        303 N. Glenoaks Blvd., Suite 700
10       Burbank, CA 91502
         Telephone:  (818) 559-4477
11       Facsimile:   (818) 559-5484
12       rlovich@sacfirm.com

13

14       Christopher Hapak, Esq.
         STEPHENSON, ACQUISTO & COLMAN
15       303 N. Glenoaks Blvd., Suite 700
16       Burbank, CA 91502
         Telephone:  (818) 559-4477
17       Facsimile:   (818) 559-5484
18       chapak@sacfirm.com

19

20

21

22  Dated: July 12, 2011                    STEPHENSON, ACQUISTO & COLMAN

23                                           /S/ RICHARD LOVICH

24                                           RICHARD LOVICH
                                             Attorneys for
25                                           SOUTH GATE AMBULATORY
26                                           SURGERY CENTER, LLC

27

28

1

## CONSENT TO SUBSTITUTION

2

Hooper, Lundy & Bookman P.C. hereby consents to this substitution.

3

4

Dated: July 12, 2011                    By:_____

DARON L. TOOCH

5                                       Hooper, Lundy & Bookman P.C.

6

7   **IT IS SO ORDERED:**

8

9   Dated:_ July 13, 2011._____         _____

HONORABLE WILLIAM    ALSUP

10                                      UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

9338 Substitution of Attorney              - 3 -      Substitution of Attorney