1  STEPHENSON, ACQUISTO & COLMAN
2  MELANIE JOY YOUNG, ESQ. (SBN 113755)
   BARRY SULLIVAN, ESQ.     (SBN 136571)
3  RICHARD A. LOVICH, ESQ.  (SBN 113472)
4  CHRISTOPHER HAPAK, ESQ. (SBN 267212)
   303 N. Glenoaks Blvd., Suite 700
5  Burbank, CA 91502

6  Telephone:  (818) 559-4477
7  Facsimile:  (818) 559-5484

8  Attorneys for Defendants
   SOUTH GATE AMBULATORY SURGERY
9  CENTER, LLC and JEFFREY T. HO, M.D.

10              UNITED STATES DISTRICT COURT
11
                NORTHERN DISCTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14
15 THE INTERNATIONAL LONGSHORE     Case No.:   3:11-CV-01215-WHA
   & WAREHOUSE UNION-PACIFIC
16 MARITIME ASSOCIATION            **CORRECTED** NOTICE OF
   WELFARE PLAN BOARD OF           SUBSTITUTION OF COUNSEL
17 TRUSTEES and INTERNATIONAL      FOR DEFENDANT SOUTH GATE
   LONGSHORE & WAREHOUSE           AMBULATORY SURGERY
18 UNION-PACIFIC MARITIME          CENTER, LLC AND JEFFREY T.
19 ASSOCIATION WELFARE PLAN,       HO, M.D.

20            Plaintiff,           [~~PROPOSED~~] ORDER
21    vs.
22
                                   Judge:  Hon. William H. Alsup
23 SOUTH GATE AMBULATORY
   SURGERY CENTER, LLC, a California  Dept:   Courtroom 9-19th Floor
24 limited liability company; and JEFFREY
   T. HO, M.D., an individual; STEWART
25 GOLDSTEIN, M.D., an individual; and
26 DOES 1 through 50, inclusive,
27            Defendants.
28

9338 Substitution of Attorney           - 1 -        Substitution of Attorney

1 | TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND
2 | THEIR COUNSEL OF RECORD:
3 |     Please take notice that Defendants SOUTH GATE AMBULATORY
4 | SURGERY CENTER, LLC and JEFFREY T. HO, M.D hereby substitute
5 | Stephenson Acquisto & Colman in place of Hooper, Lundy & Bookman P.C. as its
6 | counsel of record in this action.
7 |
8 |
9 | The contract information for new counsel is as follows:
10 |
11 |     Richard Lovich, Esq.
12 |     rlovich@sacfirm.com
    Melanie Joy Young
13 |     jstephenson@sacfirm.com
14 |     Barry Sullivan
    bsullivan@sacfirm.com
15 |     Christopher Hapak, Esq.
16 |     chapak@sacfirm.com
    STEPHENSON, ACQUISTO & COLMAN
17 |     303 N. Glenoaks Blvd., Suite 700
18 |     Burbank, CA 91502
    Telephone:  (818) 559-4477
19 |     Facsimile:   (818) 559-5484
20 |
21 |
22 | /////
23 | /////
24 | /////
25 | /////
26 | /////
27 | /////
28 | /////

1 | Dated: July 13, 2011

STEPHENSON, ACQUISTO & COLMAN

/S/ RICHARD LOVICH

---

RICHARD LOVICH
Attorneys for
SOUTH GATE AMBULATORY
SURGERY CENTER, LLC and JEFFREY
T. HO, M.D.

### CONSENT TO SUBSTITUTION

Hooper, Lundy & Bookman P.C. hereby consents to this substitution.

Dated: July 13, 2011        By: _____
                                DARON L. TOOCH
                                MICHAEL HOUSKE
                                Hooper, Lundy & Bookman P.C.

**IT IS SO ORDERED:**

Dated:  July 13, 2011.        _____
                                HONORABLE WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE