| | |
|---|---|
| JAMES N. PENROD, SBN 43030<br>e-mail: jpenrod@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Tel: 415.442.1000; Fax: 415.442.1001<br><br>D. WARD KALLSTROM, SBN 76937<br>e-mail: wkallstrom@seyfarth.com<br>SEYFARTH SHAW LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105-2930<br>Tel: 415.397.2823; Fax: 415.397.8549<br><br>CHRISTINE S. HWANG, SBN 184549<br>e-mail: chwang@leonardcarder.com<br>LEONARD CARDER LLP<br>1188 Franklin Street, Suite 201<br>San Francisco, CA 94109<br>Tel: 415.771.6400; Fax: 415.771.7010<br><br>Attorneys for Plaintiffs,<br>BOARD OF TRUSTEES OF THE ILWU-PMA<br>WELFARE PLAN AND THE ILWU-PMA<br>WELFARE PLAN | MELANIE JOY YOUNG, SBN 113755<br>BARRY SULLIVAN, SBN 136571<br>RICHARD A. LOVICH, SBN 113472<br>CHRISTOPHER HAPAK, SBN 267212<br>e-mail: chapak@sacfirm.com<br>STEPHENSON, ACQUISTO & COLEMAN<br>303 N. Glenoaks Blvd., Suite 700<br>Burbank, CA 91502<br>Tel: 818.559.4477; Fax: 818.559.5484<br><br>Attorneys for Defendants,<br>SOUTH GATE AMBULATORY SURGERY<br>CENTER, LLC AND JEFFREY T. HO, M.D.<br><br>KIM ZELDIN, SBN 135780<br>e-mail: kzeldin@linerlaw.com<br>RONALD S. KRAVITZ, SBN 129704<br>rkravitz@linerlaw.com<br>LINER GRODE STEIN YANKELEVITZ<br>SUNSHINE REGENSTREIF & TAYLOR LLP<br>199 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2255<br>Tel: 415.489.7700; Fax: 415.489.7701<br><br>Attorneys for Defendant,<br>STEWART GOLDSTEIN, M.D. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES and INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SOUTH GATE AMBULATORY SURGERY CENTER, LLC, a California limited liability company; JEFFREY T. HO, M.D., an individual, STEWART GOLDSTEIN, M.D., an individual, and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 3:11-cv-01215-WHA<br><br>JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION PURSUANT TO ADR LOCAL RULE 6-5 **AND ORDER**<br><br>Discovery cutoff:    February 29, 2012<br>Pretrial Conference: June 5, 2012<br>Trial:               June 11, 2012 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3:11-cv-01215-WHA

JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION

DB2/ 22570839.1

1  This Joint Stipulation to Extend Deadline to Complete Mediation Pursuant to ADR Local Rule 6-5 is entered into by plaintiffs ILWU-PMA Welfare Plan Board of Trustees (the "Board") and ILWU-PMA Welfare Plan (the "Plan") (collectively "Plaintiffs"), and defendants South Gate Ambulatory Surgery Center, LLC ("South Gate"), Jeffrey T. Ho, M.D. ("Ho"), and Stewart Goldstein, M.D. ("Goldstein") (collectively "Defendants").

WHEREAS, the Court entered its Case Management Order and Reference to ADR Unit for Mediation on June 27, 2011 (Dkt. No. 38);

WHEREAS, ADR Local Rule 6-4(b) requires mediation to take place within 90 days after the entry of the order referring the case to mediation;

WHEREAS, the pending deadline to complete mediation is September 25, 2011;

WHEREAS, the Parties believe mediation should take place after the September 30, 2011 deadline to seek leave to add new parties and pleading amendments;

WHEREAS, Defendants South Gate and Ho have recently substituted new counsel;

WHEREAS, the Parties participated in an ADR Program conference call on July 12, 2011 with ADR Program Legal Staff member Daniel Bowling and agreed to seek an extension to complete mediation; and

WHEREAS, the Parties believe in order to have a meaningful mediation, they need to complete early motion practice on the pleadings, have the opportunity to review Initial Disclosures served on August 31, 2011, and conduct discovery, including taking depositions.

## **STIPULATION**

IT IS HEREBY STIPULATED, by and between the Parties hereto through their respective attorneys of record, that the Court should extend the deadline to complete mediation to January 31, 2012.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1                              3:11-cv-01215-WHA
JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION
DB2/ 22570839.1

**IT IS SO STIPULATED:**

Dated: July 25, 2011          MORGAN, LEWIS & BOCKIUS LLP

By   /s/ James N. Penrod
James N. Penrod
Attorneys for Plaintiffs
BOARD OF TRUSTEES OF THE ILWU-PMA
WELFARE PLAN AND THE
ILWU-PMA WELFARE PLAN

Dated: July 25, 2011          SEYFARTH SHAW LLP

By   /s/ D. Ward Kallstrom
D. Ward Kallstrom
Attorneys for Plaintiffs
BOARD OF TRUSTEES OF THE ILWU-PMA
WELFARE PLAN AND THE
ILWU-PMA WELFARE PLAN

Dated: July 25, 2011          LEONARD CARDER LLP

By   /s/ Christine S. Hwang
Christine S. Hwang
Attorneys for Plaintiffs
BOARD OF TRUSTEES OF THE ILWU-PMA
WELFARE PLAN AND THE
ILWU-PMA WELFARE PLAN

Dated: July 25, 2011          STEPHENSON, ACQUISTO & COLEMAN

By   /s/ Christopher Hapak
Melanie Joy Young
Barry Sullivan
Richard A. Lovich
Christopher Hapak
Attorneys for Defendants
SOUTH GATE AMBULATORY SURGERY CENTER,
LLC AND JEFFREY T. HO, M.D.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2     3:11-cv-01215-WHA
JOINT STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION
DB2/ 22570839.1

Dated: July 25, 2011        LINER GRODE STEIN YANKELEVITZ
                            SUNSHINE REGENSTREIF & TAYLOR LLP


                            By  /s/ Kim Zeldin
                                Kim Zeldin
                                Ronald S. Kravitz
                                Attorneys for Defendant
                                STEWART GOLDSTEIN, M.D.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


Dated: July 15, 2011.

                            IT IS SO ORDERED
                            /s/ William Alsup
                            Judge William Alsup
                            The Honorable William Alsup
                            UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

I, James N. Penrod, am the ECF user whose identification and password are being used to file this Joint Stipulation to Extend Deadline to Complete Mediation Pursuant to ADR Local Rule 6-5.  In compliance with General Order 45.X.B, I hereby attest that D. Ward Kallstrom, Christine S. Hwang, Christopher Hapak, and Kim Zeldin concur in this filing.

Dated:   July 25, 2011

By   /s/ James N. Penrod
James N. Penrod
Attorneys for Plaintiffs
BOARD OF TRUSTEES OF THE ILWU-PMA WELFARE PLAN AND THE ILWU-PMA WELFARE PLAN

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO