1 | Kim Zeldin, Esq. (SBN: 135780)
  |    kzeldin@linerlaw.com
2 | Ronald S. Kravitz, Esq. (SBN: 129704)
  |    rkravitz@linerlaw.com
3 | LINER GRODE STEIN YANKELEVITZ
  | SUNSHINE REGENSTREIF & TAYLOR LLP
4 | 199 Fremont Street, 20th Floor
  | San Francisco, CA 94105-2255
5 | Telephone: (415) 489-7700
  | Facsimile: (415) 489-7701
6 |
7 | Attorneys for Defendant
  | STEWART GOLDSTEIN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES and INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN,<br><br>        Plaintiffs,<br><br>  v.<br><br>SOUTHGATE AMBULATORY SURGERY CENTER, LLC a California limited liability company; JEFFREY T. HO, M.D., an individual; STEWART GOLDSTEIN, M.D., an individual; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 3:11-CV-01215-<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME FOR DR. GOLDSTEIN TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND TO FILE A CROSS-COMPLAINT AGAINST THE INTERNATIONAL LONGSHORE & WAREHOUSE UNION PACIFIC MARITIME ASSOCIATION WELFARE PLAN [PROPOSED] ORDER** |

Case No. 3:11-CV-01215-WHA
STIPULATION TO EXTEND TIME FOR DR. GOLDSTEIN TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER

0022525/001/ 56574v01

1       Plaintiff International Longshore & Warehouse Union-Pacific Maritime Association Welfare Plan Board Of Trustees ("Plaintiff") and defendant Stewart Goldstein, M.D. ("Dr. Goldstein"), hereby agree to the following:

4       **WHEREAS**, Plaintiff filed and served an amended complaint against the South Gate Defendants and Dr. Goldstein on July 1, 2011 ("FAC");

6       **WHEREAS**, Dr. Goldstein moved to dismiss the FAC by motion filed on August 8, 2011;

8       **WHEREAS**, on September 12, 2011 the Court granted Dr. Goldstein's motion to dismiss in part and denied it in part;

10       **WHEREAS**, the parties stipulated to an extension of time for Dr. Goldstein to respond to the FAC to and including October 17, 2011 and filed the stipulation with the Court on September 16, 2011;

13       **WHEREAS**, the stipulation was agreed to in order to allow the parties time to (a) discuss settlement; and (b) meet and confer regarding Dr. Goldstein's intention to file a counterclaim/cross-complaint;

16       **WHEREAS**, Dr. Goldstein has informed Plaintiff that he anticipates filing a cross-complaint against the International Long Shore & Warehouse Union-Pacific Maritime Association Welfare Plan (the "Plan"), which by Court order ruling on Dr. Goldstein's motion to dismiss, is no longer a party to this action;

20       **WHEREAS**, by order entered June 27, 2011 (Document 38), this Court ordered that leave to add any new parties must be sought by September 30, 2011;

22       **WHEREAS**, although leave need not be sought to file the cross-complaint against the Plan in this action (because an answer has not yet been filed), in an abundance of caution, Dr. Goldstein is filing this stipulation (which was, in substance, previously filed on September 16, 2011) and now requests, pursuant to Local Rule 6-1, that this Court to issue an order allowing the extension (the declaration of Kim Zeldin complying with Local Rule 6-1 is filed herewith);

27       **WHEREAS**, Plaintiff has agreed to further extend the time for Dr. Goldstein to answer the FAC and file a cross-complaint up to and including October 17, 2011;

1  **IT IS HEREBY STIPULATED AND AGREED** by and among the parties, through
2  their respective counsels of record that Dr. Goldstein's response to the FAC and any cross-
3  complaint adding the Plan as a party shall be filed with the Court on or before October 17,
4  2011.

5  Dated: September 29, 2011           LINER GRODE STEIN YANKELEVITZ
                                        SUNSHINE REGENSTREIF & TAYLOR LLP

7                                      By:  /s/ Kim Zeldin
8                                           Kim Zeldin
                                            Ronald S. Kravitz
9                                           Attorneys for Defendant
                                            STEWART GOLDSTEIN, M.D.
10

11 Dated: September 29, 2011           MORGAN, LEWIS & BOCKIUS LLP

13                                     By:  /s/ James N. Penrod
                                            James N. Penrod
14                                          Attorneys for Plaintiff
                                            BOARD OF TRUSTEES OF THE
15                                          ILWU-PMA WELFARE PLAN

16
17 Dated: September 29, 2011           SEYFARTH & SHAW LLP

18
19                                     By:  /s/ D. Ward Kallstrom
                                            D. Ward Kallstrom
                                            Attorneys for Plaintiff
20                                          BOARD OF THE TRUSTEES OF
                                            THE ILWU-PMA WELFARE PLAN
21

22 Dated: September 29, 2011           LEONARD CARDER LLP

23
24                                     By:  /s/ Peter W. Saltzman
                                            Peter W. Saltzman
25                                          Christine S. Hwang
                                            Attorneys for Plaintiff
26                                          BOARD OF THE TRUSTEES OF
                                            THE ILWU-PMA WELFARE PLAN

27 **IT IS SO ORDERED.**

28 Dated: September 29, 2011.         _____
                                       UNITED STATES DISTRICT JUDGE William Alsup

Case No. 3:11-CV-01215-WHA
STIPULATION TO EXTEND TIME FOR DR. GOLDSTEIN TO RESPOND TO PLAINTIFFS' FIRST
AMENDED COMPLAINT AND [PROPOSED] ORDER

0022525/001/ 56574v01