IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH GATE AMBULATORY SURGERY CENTER, LLC, a California limited liability company; JEFFREY T. HO, M.D., an individual; STEWART GOLDSTEIN, M.D., an individual; and DOES 1 through 50, inclusive,<br><br>Defendants.<br>  / | No. C 11-01215 WHA<br><br>**ORDER DENYING SECOND REQUEST FOR EXTENSION OF TIME** |

The stipulated request for a second extension of time for defendant Goldstein to file his response to the first amended complaint and any cross-compliant adding parties is **DENIED**. A desire for "additional time to evaluate and respond to the [settlement] proposal" is not good cause for the requested extension (Dkt. No. 76). Litigation must proceed in a timely fashion regardless of parallel efforts to settle the claims.

**IT IS SO ORDERED.**

Dated: October 12, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE