**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL LONGSHORE &
WAREHOUSE UNION-PACIFIC
MARITIME ASSOCIATION
WELFARE PLAN BOARD
OF TRUSTEES,

        Plaintiff,

   v.

SOUTH GATE AMBULATORY
SURGERY CENTER, LLC, a California
limited liability company; JEFFREY T.
HO, M.D., an individual; STEWART
GOLDSTEIN, M.D., an individual; and
DOES 1 through 50, inclusive,

        Defendants.

                         /

No. C 11-01215 WHA

**ORDER RESCHEDULING FINAL
PRETRIAL CONFERENCE**

    The final pretrial conference is rescheduled to **MONDAY, OCTOBER 15, 2012, AT 2:00 P.M.**

All other case management dates remain unchanged.

    **IT IS SO ORDERED.**

Dated:  February 16, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE