IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL LONGSHORE, | No. C 11-01215 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING GOOD FAITH SETTLEMENT** |
| SOUTH GATE AMBULATORY, | |
| Defendant. / | |

    The Court has received the parties' stipulation of good faith settlement and request for a finding of good faith under California CCP 877 and 877.6.  However, the parties' submission lacks any record on which to find that the settlement was made in good faith and what third-party rights and whose rights are possibly affected.  A new request shall be made in the form of a 35-day motion and notice of hearing with a fully developed record, including an identification of any potential party that may be barred by the settlement.

**IT IS SO ORDERED.**

Dated: March 7, 2012.

                                                 WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE