United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES and INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN,

    Plaintiffs,

  v.

SOUTH GATE AMBULATORY SURGERY CENTER, LLC, a California limited liability company, JEFFREY T. HO, M.D.., an individual, STEWART GOLDSTEIN, M.D., an individual, and DOES 1 through 50, inclusive,

    Defendants.
_____/

No. C 11-01215 WHA

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

    The Court hereby **REFERS** all discovery in this matter to a magistrate judge to be selected. This includes docket number 106 filed on April 20, 2012.

    Please be mindful of the deadlines in the case management order as there will be no further continuances.

    **IT IS SO ORDERED.**

Dated: April 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE