United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES,

    Plaintiff,

  v.

SOUTH GATE AMBULATORY SURGERY CENTER, a California limited liability company; JEFFREY T. HO, M.D., an individual; STEWART GOLDSTEIN, M.D., an individual; and DOES 1 through 50, inclusive,

    Defendants.

No. C 11-01215 WHA

**ORDER GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM ATTENDANCE AT GOOD FAITH SETTLEMENT DETERMINATION HEARING**

Defendants South Gate Ambulatory Surgery Center and Dr. Jeffrey T. Ho have both filed notices of non-opposition to defendant Dr. Stewart Goldstein's motion for a good faith settlement determination. Pursuant to their request, defendants South Gate and Dr. Ho are excused from attendance at the May 10, 2012, hearing on Dr. Goldstein's motion.

**IT IS SO ORDERED.**

Dated: April 27, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE