IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES,<br><br>    Plaintiff,<br><br>  v.<br><br>SOUTH GATE AMBULATORY SURGERY CENTER, a California limited liability company; JEFFREY T. HO, M.D., an individual; STEWART GOLDSTEIN, M.D., an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. C 11-01215 WHA<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM ATTENDANCE AT GOOD FAITH SETTLEMENT DETERMINATION HEARING** |

Defendants South Gate Ambulatory Surgery Center and Dr. Jeffrey T. Ho have both filed notices of non-opposition to defendant Dr. Stewart Goldstein's motion for a good faith settlement determination. Pursuant to their request, defendants South Gate and Dr. Ho are excused from attendance at the May 10, 2012, hearing on Dr. Goldstein's motion.

**IT IS SO ORDERED.**

Dated: April 27, 2012.

                                                                     WILLIAM ALSUP<br>                                                                     UNITED STATES DISTRICT JUDGE