UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES and INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH GATE AMBULATORY SURGERY CENTER, LLC, a California limited liability company; JEFFREY T. HO, M.D., and individual; STEWART GOLDSTEIN, M.D., an individual.; and DOES through 50, inclusive,<br><br>Defendants.<br><br>SOUTH GATE AMBULATORY SURGERY CENTER, LLC, a California limited liability company; and JEFFREY T. HO, M.D., an individual,<br><br>Counter-Claimants,<br><br>vs. | CASE NO.: 3:11-cv-01215-JCS<br><br>[Assigned for all purposes to: Hon. William Alsup, Courtroom 9]<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT REQUEST TO VACATE COURT-ORDERED MEET AND CONFER SESSION**<br><br>Trial Date: October 22, 2012 |

1  THE INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES and INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN; AND, SHPS HEALTH MANAGEMENT SOLUTIONS, INC.,

       Counter-Defendants.

On May 30, 2012, the parties submitted a joint request to vacate the Court-ordered meet and confer session on June 4, 2012 at 9:30 a.m. at the U.S. District Court for the Northern District of California in San Francisco. Good cause appearing therefore, this meet and confer session is hereby **VACATED.** Plaintiffs/Counter-Defendants and Defendants/Counter-Claimants are instead ordered to proceed with the meet and confer session they previously scheduled for June 4, 2012 at 3:00 p.m. at the offices of Plaintiffs/Counter-Defendants' counsel in San Francisco, and submit a joint letter brief to the Court if any discovery issues remain outstanding.

**IT IS SO ORDERED.**

_____
HON. MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2012 _____