| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | D. WARD KALLSTROM, State Bar No. 76937 |
| 2 | KEVIN J. LESINSKI, State Bar No. 110862 |
| | JONATHAN A. BRAUNSTEIN, State Bar No. 227322 |
| 3 | 560 Mission Street, Suite 3100 |
| | San Francisco, California 94105 |
| 4 | Tel: (415) 397-2823 |
| | Fax: (415) 397-8549 |
| 5 | |
| 6 | LEONARD CARDER LLP |
| | PETER W. SALTZMAN, State Bar No. 169698 |
| | CHRISTINE S. HWANG, State Bar No. 184549 |
| 7 | LINDSAY R. NICHOLAS, State Bar No. 273063 |
| | 1188 Franklin Street, Suite 201 |
| 8 | San Francisco, California 94109 |
| | Tel: (415) 771-6400 |
| 9 | Fax: (415) 771-7010 |
| 10 | MORGAN, LEWIS & BOCKIUS LLP |
| | JAMES N. PENROD, State Bar No. 43030 |
| 11 | One Market, Spear Street Tower |
| | San Francisco, California 94105 |
| 12 | Tel: (415) 442-1000 |
| | Fax: (415) 442-1001 |

Attorneys for ILWU-PMA WELFARE PLAN and
ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES and INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOUTH GATE AMBULATORY SURGERY CENTER, LLC, a California limited liability company; JEFFREY T. HO, M.D., and individual; STEWART GOLDSTEIN, M.D., an individual; and DOES 1 though 50, inclusive<br><br>    Defendants. | Case No. 3:11-cv-01215-WHA<br><br>[~~PROPOSED~~] **ORDER REVISING CASE MANAGEMENT SCHEDULE AND CONTINUING TRIAL PURSUANT TO JOINT STIPULATION AND MOTION OF ALL PARTIES**<br><br>Hearing Date: None Requested - Submitted as Stipulated<br><br>Trial Date: October 22, 2012<br>Time: 7:30 a.m.<br>Judge: William Alsup<br>Dept./Place: A - 15th Floor |

| | |
|---|---|
| SOUTH GATE AMBULATORY SURGERY CENTER, LLC, a California limited liability company; and JEFFREY T. HO, M.D., an individual, | ) ) ) ) |
| Counter-Claimants, | ) ) |
| v. | ) ) |
| THE INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES and INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN; AND, SHPS HEALTH MANAGEMENT SOLUTIONS, INC., | ) ) ) ) ) ) ) ) ) |
| Counter-Defendants. | ) ) |
| STEWART GOLDSTEIN, M.D., Defendant and Cross- | ) ) ) |
| Complainant, | ) ) |
| v. | ) ) |
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN, | ) ) ) ) |
| Cross-Defendant. | ) ) |

1     Pursuant to the parties' joint stipulation and motion filed July 20, 2012, and for good

2 cause shown, pursuant to Local Rules 6-2, 7-12 and 16-2(d), the Court hereby revises the Case

3 Management Order dated June 27, 2011, and subsequent amendments thereto, to reflect as

4 follows:

5     Non-Expert Discovery Cut Off: July 31, 2012, except for depositions noticed as of the

6 filing of this stipulation, for which such depositions the completion deadline is August 31, 2012

7     Designation of Expert Testimony and Disclosure of Reports:

8         Opening Reports: September 28, 2012

9         Opposition Reports: October 26, 2012

10        Reply Reports: November 14, 2012

11        Expert Discovery Cut Off: December 14, 2012

12     Last Day to File Dispositive Motions: January 15, 2013

13     Final Pretrial Conference: April 9, 2013 at 2:00 pm

14     Trial Date: Monday, April 22, 2013 at 7:30 am

15 **PURSUANT TO STIPULATION AND JOINT MOTION OF THE PARTIES, IT IS SO ORDERED.**

18 DATED: July 23, 2012.

          Judge William H. Alsup
          United States District Court Judge

14679839v.1

---

1

~~[Proposed]~~ Order Revising Case Management Schedule / Case No. 3:11-cv-01215-WHA