SEYFARTH SHAW LLP
D. WARD KALLSTROM, State Bar No. 76937
KEVIN J. LESINSKI, State Bar No. 110862
JONATHAN A. BRAUNSTEIN, State Bar No. 227322
560 Mission Street, Suite 3100
San Francisco, California 94105
Tel: (415) 397-2823
Fax: (415) 397-8549

LEONARD CARDER LLP
PETER W. SALTZMAN, State Bar No. 169698
CHRISTINE S. HWANG, State Bar No. 184549
LINDSAY R. NICHOLAS, State Bar No. 273063
1188 Franklin Street, Suite 201
San Francisco, California 94109
Tel: (415) 771-6400
Fax: (415) 771-7010

MORGAN, LEWIS & BOCKIUS LLP
JAMES N. PENROD, State Bar No. 43030
One Market, Spear Street Tower
San Francisco, California 94105
Tel: (415) 442-1000
Fax: (415) 442-1001

Attorneys for ILWU-PMA WELFARE PLAN and
ILWU-PMA WELFARE PLAN BOARD OF TRUSTEES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES and INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH GATE AMBULATORY SURGERY CENTER, LLC, a California limited liability company; JEFFREY T. HO, M.D., and individual; STEWART GOLDSTEIN, M.D., an individual; and DOES 1 though 50, inclusive<br><br>Defendants. | Case No. 3:11-cv-01215-WHA<br><br>[PROPOSED] ORDER REVISING CASE MANAGEMENT SCHEDULE AND CONTINUING TRIAL PURSUANT TO JOINT STIPULATION AND MOTION OF ALL PARTIES<br><br>Hearing Date: None Requested - Submitted as Stipulated<br><br>Trial Date: October 22, 2012<br>Time: 7:30 a.m.<br>Judge: William Alsup<br>Dept./Place: A - 15th Floor |

[Proposed] Order Revising Case Management Schedule/ Case No. 3:11-cv-01215-WHA

| | |
|---|---|
| SOUTH GATE AMBULATORY SURGERY CENTER, LLC, a California limited liability company; and JEFFREY T. HO, M.D., an individual, | ) ) ) ) |
| Counter-Claimants, | ) ) |
| v. | ) ) |
| THE INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN BOARD OF TRUSTEES and INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN; AND, SHPS HEALTH MANAGEMENT SOLUTIONS, INC., | ) ) ) ) ) ) ) ) ) |
| Counter-Defendants. | ) ) |
| STEWART GOLDSTEIN, M.D., Defendant and Cross-Complainant, | ) ) ) ) |
| v. | ) ) |
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN, | ) ) ) |
| Cross-Defendant. | ) ) |

1     Pursuant to the parties' joint stipulation and motion filed July 20, 2012, and for good

2  cause shown, pursuant to Local Rules 6-2, 7-12 and 16-2(d), the Court hereby revises the Case

3  Management Order dated June 27, 2011, and subsequent amendments thereto, to reflect as

4  follows:

5     Non-Expert Discovery Cut Off: July 31, 2012, except for depositions noticed as of the

6  filing of this stipulation, for which such depositions the completion deadline is August 31, 2012

7     Designation of Expert Testimony and Disclosure of Reports:

8         Opening Reports: September 28, 2012

9         Opposition Reports: October 26, 2012

10        Reply Reports: November 14, 2012

11        Expert Discovery Cut Off: December 14, 2012

12    Last Day to File Dispositive Motions: January 15, 2013

13    Final Pretrial Conference: April 9, 2013 at 2:00 pm

14    Trial Date: Monday, April 22, 2013 at 7:30 am

15    **PURSUANT TO STIPULATION AND JOINT MOTION OF THE PARTIES, IT IS SO ORDERED.**

DATED: July 23, 2012.

_____
Judge William H. Alsup
United States District Court Judge

14679839v.1